IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WELLS FARGO BANK, N.A.**
**as Trustee for Morgan Stanley**
**Capital I, Inc., Commercial Mortgage**
**Pass-Through Certificates, Series 2007-IQ15**                               **PLAINTIFF**

VS.                          3:13-CV-00033-BRW

**JONESBORO CROSSROADS, LLC and**
**BERNARD COURT, LLC**                                                        **DEFENDANTS**

## ORDER

Defendant's Motion to Strike (Doc. No. 20) is DENIED.

IT IS SO ORDERED this 19th day of February, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE