**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WELLS FARGO BANK, N.A.**
as Trustee for Morgan Stanley
Capital I, Inc., Commercial Mortgage
Pass-Through Certificates, Series 2007-IQ15                                       **PLAINTIFF**

VS.                                         3:13-CV-00033-BRW

**JONESBORO CROSSROADS, LLC and**
**BERNARD COURT, LLC**                                                           **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Summary Judgment (Doc. No. 30).  Since the Motion was filed before the settlement conference and since the case is so young, Plaintiff's Motion is DENIED as premature, without prejudice.

IT IS SO ORDERED this 14th day of March, 2013.

        /s/ Billy Roy Wilson
        UNITED STATES DISTRICT JUDGE