**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WELLS FARGO BANK, NA**                                                                    **PLAINTIFF**

**V.**                            **NO. 3:13CV00033-BRW**

**JONESBORO CROSSROADS, LLC,** *et al.*                                         **DEFENDANTS**

## ORDER

The Joint Notice of Settlement and Request for Entry of Order (I) Dismissing Counterclaim, (II) Terminating Receivership, and (III) Dismissing Complaint (Doc. No. 60) is GRANTED.

This CASE is DISMISSED with prejudice, subject to the terms of the settlement agreement.  This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 15th day of November, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE